### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JOHN DILLARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:87-CV-1307-MHT** |
| **CITY OF WALDO** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of the Joint Motion to Show Cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 3, 2007, as to why said motion should not be granted as requested.

DONE this 2nd day of February, 2007.

_____
**UNITED STATES DISTRICT JUDGE**